Appendix to Memorandum
Lark v. Beard, 01-1252, July 30, 2012

| Name of Venireman | Jury Status | Race | Sex | Age | Neighborhood | Employer | Vocation | Police Connection | Own/Rent | Hardship | Prior Jury | Victim/Witness of crime | Marital Status | Education | Children/Ages | Live w/ parents | Other significant information | Citation to State Court record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Longo | Seated | White | M | Y | S. Phila | ARA Corp. | Project Mgr | | | x | | x | Married | catholic school, Temple | 8, 3 | | | 6/5/85; 57-70 |
| Alston | Seated | Af.Am. | F | O | Fern Rock | Gimble Bros. | sales | x | | | | | Married | Gratz | 29, 24 | | | 6/5/85; 82-90 |
| Robinson | Seated | Af.Am. | M | 36 | Mt. Airy | Conrail | machinist | x | | | | | Married | Old Dominion U. | 6 kids, one adult | | | 6/5/85; 90-98 |
| Giorgio | Seated | White | F | O | W. Phila | U of P | accountant | | Own | | | x | Married | Bartram | 25,23,21 | | | 6/5/85; 99-105 |
| Merrill | Seated | White | M | 22 | SW Phila | Ben. Sav. Bank | data process | x | Rent | | x | | Married | W. Cath., CC Phila | | | | 6/6/85; 2-8 |
| Arentzen | Seated | White | M | 23 | Kensington | Divers. Energy | engineer | x | | | | x | Single | Frankford | | x | | 6/6/85; 22-31 |
| Sampson | Comm. Strike | Af.Am. | F | O | N'town/Logan | US Navy Quarter. | mach. Oper. | | Own | | | | Married | Vos Jr. HS | 4, 2 adult | | | 6/6/85; 33-38 |
| Green | Comm. Strike | Af.Am. | F | 36 | W. Phila | US (unspecified) | insurance | | Own | | | | Married | W. Phila HS, St. Joes | 14, 15 | | in night school | 6/6/85; 100-109 |
| Cooper | Comm. Strike | Af.Am. | F | 20 | Mt. Airy | unemployed | student | | | | | | Single | G'town HS, CC Phila | | x | | 6/6/85; 122-128 |
| Petruzelli | Seated | White | F | O | Mayfair | unemployed | homemaker | | Own | | | | Married | Hallahan Catholic | 30, 28, 24 | | | 6/7/85; 25-34 |
| Geter | Comm. Strike | Af.Am. | F | O | Tioga, S. Phila | unemployed | packer | | Own | | | | Married | Gratz | 28, 16 | | | 6/7/85; 35-40 |
| Sheen | Seated | Af.Am. | F | Y | W. Phila | unemployed | music student | x | | | | | Single | W. Cath. HS, Chest. Hill Coll. | | x | | 6/7/85; 40-45 |
| Landis | Comm. Strike | White | M | Y | Univ. City | unemployed | pre-med student | | Rent | | | | Single | Penn | | | | 6/7/85; 65-71 |
| Hawthorne | Seated | White | M | O | Kensington | Rohm & Haas | operator | x | Own | x | | x | Married | Bok Vo-Tech | 3 adults | | son arrested as juv. | 6/7/85; 72-79 |
| F. Williams | Comm. Strike | Af.Am. | F | O | Mt. Airy | unemployed | homemaker | | | | x | | Married | Kensingston | 27, 17 | | | 6/7/85; 96-100 |
| Traynham | Comm. Strike | Af.Am. | F | O | N. Phila | unemployed | retired nurse's aide | | | | | | Widow | not specified | 2 adults sons | w/her | | 6/7/85; 102-106 |
| Wilson | Comm. Strike | Af.Am. | M | O | N. Phila | SKF | operator | x | | | | x | Married | BFHS | | | charged with crime | 6/7/85; 146-159 |
| Patton | Comm. Strike | Af.Am. | F | Y | W. Oak Lane | B. Altman | pt sales/ ft student | x | | | | | Single | Sicillian Acad | | x | | 6/7/85; 159-164 |
| Sisco | Comm. Strike | Af.Am. | M | O | W. Phila | Met. Hosp. | communications | | | | | | Married | Overbrook | | | | 6/7/85; 171-172 |
| S. Williams | Comm. Strike | Af.Am. | F | O | Nicetown | US (IRS) | fileclerk | | | | | | Married | Straw. Mans./Harcum | | | | 6/7/85; 173-176 |
| Hamski | Seated | White | M | Y | Kensington | St. Agnes Hosp. | resp. ther. | | | | | x | Married | NE Cath., CC Phila | I mo. | | | 6/7/85; 182-187 |
| Hill | Seated | Af.Am. | F | O | Wynnefield | Phila Bd. Of Assist. | social work super. | | | | x | x | Divorced | HS in N.C./Penn | | | | 6/7/85; 190-195 |
| Lewis | Comm. Strike | Af.Am. | F | O | Fairmount | unemployed | disabled domestic | | | | | x | Widow | Wm. Penn HS | 5 adults | | son arrested as juv. | 6/10/85; 2-8 |
| Jefferson | Comm. Strike | Af.Am. | F | O | S. Phila | unemployed | child care | | Rent | | | | Married | HS in N.C. | 2 adults | w/her | | 6/10/85; 10-14 |
| Rabb | Comm. Strike | White | M | O | Germantown | Phila Parks & Rec | rec. leader | | | | | x | Single | Central, Temple | | | | 6/10/85; 17-23 |
| Caione | Seated | White | F | Y | W. Phila | Lord & Taylor | student/sales | | | | | | Single | Marion Mercer, Villanova | | x | | 6/10/85; 24-28 |
| Kostryckyj | Alternate | White | M | Y | East Falls | unemployed | dental student | | | | | | Single | Central, Temple | | | | 6/10/85; 31-34 |
| Erby | Comm. Strike | Af.Am. | F | O | SW Phila | Hershey Hotel | food service | | | | | x | Widow | William Penn HS | 2 adults | sons w/her | 2 sons arrested | 6/10/85; 51-54 |
| Mancini | Alternate | White | M | Y | W. Phila | unemployed | student | | | | | x | Single | W. Cath., Villanova | | x | | 6/10/85; 54-57 |