IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT LARK, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | (DEATH PENALTY |
| v. | : | HABEAS CORPUS) |
| | : | |
| JEFFREY BEARD, ET AL., | : | NO. 01-1252 |
|     Respondents | : | |

**O R D E R**

**AND NOW**, this 30th day of July, 2012, upon consideration of the Petition for Writ of Habeas Corpus (Docket No. 1), the Response of the Commonwealth of Pennsylvania (Docket No. 16), all documents filed in connection therewith, and the evidentiary hearing held on November 8-9, 2006, **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **GRANTED**.  **IT IS FURTHER ORDERED** that Petitioner's convictions in Commonwealth v. Lark, No. 2012-22, January Term, 1980 (C.C.P. Phila., John A. Geisz, J.), are **VACATED**.  The Commonwealth of Pennsylvania may retry Petitioner within 180 days of the date of this Order.  This time limit may be extended upon a showing of reasonable cause.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.